```
ERIC D. HOUSER (SBN 130079)
CHRISTOPHER J. DONEWALD (SBN 255454)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
Email:      cdonewald@houser-law.com
```

Attorneys for Defendant,
Barclays Capital Real Estate, Inc. dba HomEq Servicing, erroneously named herein as HomEq

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHERETTA WADE,<br><br>            Plaintiff,<br>vs.<br><br>HOMEQ; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO.: CV-09-01359-DSF (Ex)<br><br>**HON. DALE S. FISCHER**<br><br>[~~PROPOSED~~] **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Defendant Barclays Capital Real Estate, Inc. dba HomEq Servicing, erroneously named herein as HomEq ("Defendant") filed a Motion to Dismiss Plaintiff's Complaint on March 13, 2009 and a hearing was set for April 13, 2009. On April 13, 2009, the Court issued its ruling granting Defendant's Motion to Dismiss and giving Plaintiff leave to amend her complaint by April 27, 2009. Plaintiff has failed to timely comply with this Court's order. Accordingly, the Court finds as follows:

IT IS ORDERED that based upon the foregoing, Defendant's motion to dismiss is GRANTED with prejudice.

1

1  IT IS FURTHER ORDERED that pursuant to F.R.C.P. 41, the action is
2  DISMISSED with prejudice.
3  **IT IS SO ORDERED.**
4
5  DATED: 5/11/09

*Dale S. Fischer*
HON. DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT